UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| PATTERSON, SANDRA L ) | CASE NO. 05-43205-MB | |
| ) | | |
| Debtor. ) | Hon. Manuel Barbosa | |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  Old Kane County Courthouse, 100 S. Third St., Room 140, Geneva, Illinois 60134

    On:  **August 23, 2007**     Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                             $4,057.45

    Disbursements                                        $0.00

    Net Cash Available for Distribution                  $4,057.45

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| THOMAS E. SPRINGER, Trustee | $0.00 | $1,014.36 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: N/A

7. Claims of general unsecured creditors totaling $65,853.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.62%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

| | | | |
|---|---|---:|---:|
| 1  | Chase Bank USA, N.A.          | $1,844.87  | $85.25  |
| 2  | Marshall Fields               | $961.75    | $44.44  |
| 3  | Chase Bank USA, N.A.          | $11,434.33 | $528.38 |
| 4  | Chase Bank USA, N.A.          | $12,004.39 | $554.72 |
| 5  | American Express Centurion Bank | $594.21  | $27.46  |
| 6  | eCAST Settlement Corporation  | $4,592.40  | $212.22 |
| 7  | American Express Bank         | $13,534.94 | $625.45 |
| 8  | US Bank                       | $10,542.80 | $487.18 |
| 9  | Citibank(South Dakota) NA     | $670.82    | $31.00  |
| 10 | Citibank(South Dakota) NA     | $9,673.09  | $446.99 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---:|
| Cash on hand | $40.00 |
| Checking account with Associated Bank | $150.00 |
| Personal Best Photography checking account with | $500.00 |
| Patterson Creative checking account at Fifth Third | $569.00 |
| Security deposit with landlord | $795.00 |
| Security deposit with Nicor Gas | $93.00 |
| Household goods & furnishings: Wicker table, side | $800.00 |
| Books, paintings, art pieces, posters, Cd's, DVD's | $200.00 |
| Necessary wearing apparel | $300.00 |
| Diamond ring, star sapphire ring, concha belt, | $200.00 |
| Tennis racquet, yarn, knitting needles, crochet | $50.00 |
| Sole owner of Patterson Creative and Personal Best | $0.00 |
| Unpaid commissions on photo orders probably placed | $12,500.00 |
| 1992 Nissan Sentra XE | $1,200.00 |
| Micron computer, Canon printer, 2 old typewriters | $350.00 |
| Desktops, 2 file cabinets, Epson scanner, strobes, | $1,800.00 |

Dated: **July 17, 2007**                                         For the Court,

By: **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:     Thomas E. Springer
Address:     400 S. County Farm Road
             Suite 330
             Wheaton, IL  60187
Phone No.:   (630) 510-0000

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2           Date Rcvd: Jul 17, 2007
Case: 05-43205                Form ID: pdf002          Total Served: 39
```

The following entities were served by first class mail on Jul 19, 2007.
```
db       +Sandra L Patterson,   516 W Galena Blvd #1-E,   Aurora, IL 60506-3853
aty      +Sarah L Poeppel,   Sarah L Poeppel,   608 S Washington St Ste 210,   Naperville, IL 60540-6675
tr       +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
           Suite 330,   Wheaton, IL 60187-4547
9963509   American Express,   P.O. Box 297879,   Fort Lauderdale, FL 33329-7879
9963508   American Express Bank,   c/o Beckett and Lee LLP,   P.O. Box 3001,   Malvern, PA 19355-0701
10608334  American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
9963510  +Bank One,   JP Morgan Chase Bank, N.A.,   c/o Collections Support,   P.O. Box 71, AZ1-2519,
           Phoenix, AZ 85001-0071
9963511   Bass And Associates,   Suite 200,   3936 E. Fort Lowell Road,   Tucson, AZ 85712-1083
9963512  +Beckett and Lee,   P.O. Box 3024,   Malvern, PA 19355-0724
9963513  +Bloomingdales,   9111 Duke Boulevard,   Mason, OH  45040-8999
9963514   Bonded Collection Corp.,   P.O. Box 1022,   Wixom, MI 48393-1022
10556133 +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
           Seattle, WA 98121-2339
9963515   Chase Bank USA, N.A.,   Cardmember Service,   P.O. Box 15548,   Wilmington, DE 19886-5548
9963516   Chase BankCard Services, Inc.,   P.O. Box 52195,   Phoenix, AZ 85072-2195
9963517   Chase BankCard Services, Inc.,   P.O. Box 52188,   Phoenix, AZ 85072-2188
9963518   Citi Cards/Shell Oil,   P.O. Box 9151,   Des Moines, IA 50368-9151
9963519  +Citibank USA,   c/o United Recovery Systems,   5800 North Course Drive,   Houston, TX 77072-1613
9963520   Citibank USA,   P.O. Box 6077,   Sioux Falls, SD 57117-6077
10648195 +Citibank(South Dakota) NA,   Citibank/Choice,   Exception Payment Processing,   PO Box 6305,
           The Lakes, NV 88901-6305
9963521   Citibank/AT&T Universal Master Card,   P.O. Box 44167,   Jacksonville, FL 32231-4167
9963522   Citicorp (Sears),   P.O. Box 182532,   Columbus, OH 43218-2532
9963523  +Creditors Interchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
9963524  +Dr. Jack Zoldan,   5015 N. Paulina,   Chicago, IL 60640-2756
9963525  +Enhanced Recovery Corporation,   8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
9963527   HSBC Retail Services/Best Buy,   P.O. Box 5244,   Carol Stream, IL 60197-5244
9963528   HSBC Retail Services/Micron,   P.O. Box 5244,   Carol Stream, IL 60197-5244
9963526  +Household Finance Corporation,   eCast Settlement Corporation,   Po Box 35480,
           Newark, NJ 07193-5480
9963531  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
           PHILADELPHIA PA 19114-0326
         (address filed with court: Department of the Treasury-Internal Revenue Servic,
           Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114-0326)
9963529   Illinois Collection Service,   P.O. Box 646,   Oak Lawn, IL 60454-0646
9963530  +Imaging Radiologists,   2900 N. Lake Shore Dr., #3,   Chicago, IL 60657-5640
9963532  +Marshall Field,   111 Boulder Industrial Dr,   Bridgeton, MO 63044-1241
9963533  +NCO Financial Systems, Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
9963535  +Northland Group, Inc.,   P.O. Box 390846,   Edina, MN 55439-0846
9963536   Providian,   P.O. Box 99604,   Arlington, TX 76096-9604
9963537  +St. Joseph Hospital,   2900 N. Lake Shore Dr.,   Chicago, IL 60657-6274
10643987 ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
         (address filed with court: US Bank,   PO Box 5229,   Cincinnati, Ohio 45201-5229)
9963538  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
         (address filed with court: US Bank Visa,   P.O. Box 108,   Saint Louis, MO 63166-0108)
11334543  eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480
```

The following entities were served by electronic transmission on Jul 18, 2007.
```
9963534   E-mail/PDF: bnc@nordstrom.com Jul 18 2007 09:15:04    Nordstrom Bank,   P.O. Box 6566,
           Englewood, CO 80155-6566
                                                                                              TOTAL: 1
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty       Thomas E Springer
cr        Ecast Settlement Corporation
                                                                                   TOTALS: 2, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1        User: amcc7           Page 2 of 2              Date Rcvd: Jul 17, 2007
Case: 05-43205              Form ID: pdf002       Total Served: 39

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 19, 2007**             **Signature:**     *Joseph Speetjens*